IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| Noah Anderson,<br><br>*On behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LaRosa's Inc., *et al.*,<br><br>Defendants. | Case No. 1:20-cv-651<br><br>Judge Douglas R. Cole |

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Noah Anderson hereby dismisses all claims against Defendants in the above-captioned action without prejudice. Plaintiff has not settled nor otherwise resolved his claims against Defendants.

The parties hereby stipulate and agree that all claims against Defendants in the above-captioned action shall be dismissed without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ *Philip Krzeski*<br>Andrew R. Biller (Ohio Bar # 0081452)<br>Biller & Kimble, LLC<br>4200 Regent Street, Suite 200<br>Columbus, OH 43219<br>Telephone: (614) 604-8759<br>Facsimile: (614) 340-4620<br>*abiller@billerkimble.com* | /s/ *Jeffrey Lindemann*<br>Jeffrey N. Lindemann (0053073)<br>FROST BROWN TODD LLC<br>One Columbus, Suite 2300<br>10 West Broad Street<br>Columbus, OH 43215-3467<br>614-464-1211 – phone<br>614-464-1737 – fax |

Andrew P. Kimble (Ohio Bar # 0093172)
Philip J. Krzeski (Ohio Bar # 0095713)
Nathan B. Spencer (Ohio Bar # 92262)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Facsimile: (614) 340-4620
*akimble@billerkimble.com*
*pkrzeski@billerkimble.com*
*nspencer@billerkimble.com*

www.billerkimble.com

*Counsel for Plaintiff*

jlindemann@fbtlaw.com

David A. Skidmore, Jr. (0056045)
Tessa L. Castner (0093808)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 – phone
513-651-6981 – fax
dskidmore@fbtlaw.com
tcastner@fbtlaw.com

*Attorneys for Defendants LaRosa's Inc. and Michael LaRosa*

Joseph W. Borchelt (0075387)
REMINGER & REMINGER
525 Vine Street; Suite 1500
Cincinnati, Ohio 45202
(513) 721-1311
Fax: (513) 721-2553
jborchelt@reminger.com

*Attorney for Defendant Michael LaRosa*

## Certificate of Service

I hereby certify that a copy of the foregoing was filed electronically. To the extent any parties do not yet receive notice of filings through the electronic filing system, I certify that they will be served with this Motion in accordance with the Federal Rules of Civil Procedure, and that, after service is complete, I will submit a certificate of service.

*/s/ Philip Krzeski*
Philip Krzeski